Argued and submitted September 27, conviction affirmed; special condition of
probation vacated; remanded for resentencing November 13, 1991

STATE OF OREGON,
*Respondent,*

*v.*

PATRICK KELLY COLLINS,
*Appellant.*

(C890685CR; CA A67049)

820 P2d 902

Jesse Wm. Barton, Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief was
Sally L. Avera, Public Defender, Salem.

Carol J. Fredrick, Assistant Attorney General, Salem,
argued the cause for respondent. With her on the brief were
Dave Frohnmayer, Attorney General, and Virginia L. Linder,
Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds,
Judges.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred in imposing a special condition of probation that defendant unconditionally submit to bodily substance tests. ORS 137.540(2). We accept the concession.

Conviction affirmed; special condition of probation 16 vacated insofar as it requires defendant to submit unconditionally to bodily substance tests; remanded for resentencing.